No. 00–8087.  THOMPSON *v.* UNITED STATES POSTAL SERVICE ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 00–8209.  DUNMON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–8226.  GASTON *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 00–8227.  HUNNELL *v.* LEE, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00–8233.  GRAY *v.* NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 00–8235.  GLASS *v.* BATTLES, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 00–8236.  FORD *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–8249.  ASHWAY *v.* HATCHER, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8258.  GREENE *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 00–8262.  MELENDEZ *v.* GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 00–8266.  FAIN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–8275.  PINNAVAIA *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 00–8284.  HOLLINGSWORTH *v.* FREEH, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–8304.  HANNAFORD *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.